JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OSCAR DURON-DE LUNA,

                   Petitioner,

     v.

LEPE, WARDEN,

                   Respondent.

Case No. 2:25-cv-04340-FLA (AS)

**JUDGMENT**

     Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is DENIED.

Dated: July 6, 2026

                                       
FERNANDO L. AENLLE-ROCHA
United States District Judge

1